AO 243
REV 6/82

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

United States District Court
Southern District of Texas
FILED

DEC 1 3 2000

Michael N. Milby
Clerk of Court

| United States District Court | District UNITED STATES DISTRICT COURT | |
|---|---|---|
| Name of Movant JAVIER MORALES | Prisoner No. 73464-079 | Docket No. B-96-CR-314-04 |
| Place of Confinement SATELLITE PRISON CAMP, THREE RIVERS, TEXAS 78071-4300 | | |

B-00-188

(include name upon which convicted)

UNITED STATES OF AMERICA    V.    JAVIER MORALES
(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack **U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS BROWNSVILLE DIVISION, BROWNSVILLE, TEXAS**

2. Date of judgment of conviction **MARCH 14, 1997**

3. Length of sentence **ONE-HUNDRED AND FIFTY-ONE MONTHS**

4. Nature of offense involved (all counts) **COUNT ONE: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE A QUANTITY EXCEEDING 1,000 KILOGRAMS OF MARIJUANA IN VIOLATION OF 21 U.S.C. §§ 846M 841(a)(1) and 841(b)(1)(A)**

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: **N/A**

6. Kind of trial: (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐  No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

AO 243
REV 6/82

9. If you did appeal, answer the following:

   (a) Name of court __UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT__

   (b) Result __AFFIRMED__

   (c) Date of result __DECEMBER 9, 1999__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐   No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding _____

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐   No ☒

    (5) Result __N/A__

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding _____

    (3) Grounds raised __N/A__

(3)

AO 243
REV 6/82

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result _____ N/A _____

    (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

    (1) Name of court _____ N/A _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____ N/A _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result _____ N/A _____

    (6) Date of Result _____

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
    (1) First petition, etc.    Yes ☐ No ☒
    (2) Second petition, etc.    Yes ☐ No ☒
    (3) Third petition, etc.    Yes ☐ No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

    CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

AO 243
REV 6/82

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: __SEE ATTACHED MEMORANDUM LAW__

Supporting FACTS (tell your story *briefly* without citing cases or law:

B. Ground two: __SEE ATTACHED MEMORANDUM OF LAW__

Supporting FACTS (tell your story *briefly* without citing cases or law):

C. Ground three: __SEE ATTACHED MEMORANDUM OF LAW__

Supporting FACTS (tell your story *briefly* without citing cases or law):

AO 243
REV 6/82

    D. Ground four: __N/A__

    Supporting FACTS (tell your story *briefly* without citing cases or law): __N/A__

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: __N/A__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing __WILLIAM FAULK, JR., 855 WEST PRICE ROAD BROWNSVILLE, TEXAS 78520__

    (b) At arraignment and plea __SAME__

    (c) At trial __SAME__

    (d) At sentencing __SAME__

AO 243
REV 6/82

(e) On appeal _____

(f) In any post-conviction proceeding _____ **N/A** _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____
**N/A**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
**N/A**

   (b) Give date and length of the above sentence: _____ **N/A** _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

                                                PRO SE
                                   Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
**DECEMBER 8, 2000**
    (date)

                                              Signature of Movant