UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAVIER MORALES,<br>    Plaintiff-Petitioner, | §<br>§<br>§   CIVIL ACTION NO. B-00-188 |
| VS. | §<br>§   CRIMINAL NO. B-96-314-04 |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | §<br>§<br>§ |

### ORDER

Petitioner, Javier Morales, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by January 31, 2001.

DONE at Brownsville, Texas, this 15th day of December, 2000.

_____
John Wm. Black
United States Magistrate Judge