IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 1 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAVIER MORALES, | § | |
| Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-188 |
| VS. | § | |
| | § | CRIMINAL NO. B-96-314-04 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Defendant-Respondent. | § | |
| | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action and Petitioners Objections[1] to said report. After a de novo review of the entire file, it is the opinion of this Court that the Magistrates Judge's Report and Recommendation of June 12, 2001, should be adopted and the petition be **DISMISSED**.

DONE in Brownsville, Texas, on this __9__ day of ~~June~~ July , 2001.

Filemon B. Vela
United States District Judge

---

[1] Court Notes Petitioners Objections are filed untimely. Petitioners Objections were due on June 22, 2001, but were not filed until June 27, 2001.