IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER MORALES, | § | |
|     Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-188 |
| v. | § | |
| | § | CRIMINAL ACTION NO. B-96-314-04 |
| THE UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |

## ORDER DENYING CERTIFICATE OF APPEALABILITY

This Court dismissed Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 1) by order signed on the 9th day of July, 2001 (Docket No. 7) adopting the Report and Recommendation of Magistrate Judge John Wm. Black (Docket No. 5). Petitioner then filed his Notice of Appeal (Docket No. 8) on the 20th day of July, 2001. Rule 22(b) of the Federal Rules of Appellate Procedure requires that the District Judge rule on the issuance of a Certificate of Appealability upon the filing of a Notice of Appeal. An applicant cannot take an appeal without a certificate.

The standard for such a certificate is set forth in 28 U.S.C. § 2253. In order to issue the Certificate of Appealability, the applicant must make a substantial showing of the denial of a constitutional right. In this Court's judgement, the Petitioner has failed to make such a showing and therefore the Certificate of Appealability is hereby DENIED.

IT IS SO ORDERED.

SIGNED this the 3rd day of August, 2001 in Brownsville, Texas.

Filemon B. Vela
United States District Judge