IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
FILED
NOV 2 9 2001
CHARLES R. FULBRUGE III
CLERK

No. 01-40846
USDC Nos. B-00-CV-188
B-96-CR-314-4

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAVIER MORALES,

Defendant-Appellant.

United States District Court
Southern District of Texas
FILED
DEC 0 4 2001
Michael N. Milby
Clerk of Court

--------------------

Appeal from the United States District Court
for the Southern District of Texas

--------------------

O R D E R:

Javier Morales, federal prisoner # 73464-079, has applied for a certificate of appealability ("COA") following the district court's denial of his 28 U.S.C. § 2255 motion to vacate his sentence. Morales may obtain a COA only if he makes a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2).

Morales argues that 1) in light of the Supreme Court's decision in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), his guilty plea was not informed because the quantity of drugs for which he was held accountable, and the three-level enhancement he received for his role in the offense, were not alleged in the

indictment as elements of the offense; 2) the district court erred in calculating the amount of marijuana attributable to him because the information upon which the district court based its calculation, including the Presentence Report, did not possess sufficient indicia of reliability; and 3) he received ineffective assistance of counsel because his attorney a) failed to object to the district court's drug quantity calculation; b) failed to challenge the information upon which the district court based its drug quantity calculation; and c) failed to argue that the three-level role-in-the-offense adjustment should have been alleged in the indictment pursuant to <u>Apprendi</u>.

For the first time, Morales also argues that the district court erred in assessing the three-level role-in-the-offense adjustment because there was insufficient evidence that he exercised control over others. "This [c]ourt will not consider an issue that a party fails to raise in the district court absent extraordinary circumstances." <u>Leverette v. Louisville Ladder Co.</u>, 183 F.3d 339, 342 (5th Cir. 1999). Because Morales fails to identify any extraordinary circumstances, this court declines to consider Morales's newly presented insufficient evidence/role-in-the-offense argument.

Morales's argument that the information upon which the district court based its drug quantity calculation lacked sufficient indicia of reliability was raised on direct appeal and rejected by this court. Issues raised and resolved on direct appeal may not be raised again in a 28 U.S.C. § 2255 motion. <u>United States v. Kalish</u>, 780 F.2d 506, 508 (5th Cir. 1986).

O R D E R
No. 01-40846
- 3 -

Morales fails to demonstrate that reasonable jurists would find the district court's assessment of his remaining claims debatable or wrong. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); <u>Strickland v. Washington</u>, 466 U.S. 668, 687 (1984); <u>United States v. Keith</u>, 230 F.3d 784, 786-87 (5th Cir. 2000), <u>cert. denied</u>, 121 S. Ct. 1163 (2001).

Morales's motion for a COA is DENIED.

/s/ PATRICK E. HIGGINBOTHAM
———————————————
PATRICK E. HIGGINBOTHAM
UNITED STATES CIRCUIT JUDGE

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
Deputy

New Orleans, Louisiana      11-29-01

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

November 29, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

```
No. 01-40846 USA v. Morales
    USDC No. B-00-CV-188
             B-96-CR-314-4
```

Enclosed is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned:

( 6) Volumes    ( 1 ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Mary Ann Lopiparo, Deputy Clerk
504-589-6514 ITCM # 178

cc: w/encl:
    Mr James Lee Turner
    Mr Javier Morales

MDT-1