SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

United States District Court
Southern District of Texas
RECEIVED

JUN 1 0 2002

Michael N. Milby, Clerk

U.S. COURT OF APPEALS
RECEIVED
JUN 0 4 2002
NEW ORLEANS, LA.

May 28, 2002

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans,  LA 70130

        Re:  Javier Morales
             v. United States
             No.  01-9870
             (Your No. 01-40846)

Dear Clerk:      B 00CV-188

     The Court today entered the following order in the above

entitled case:

     The petition for a writ of certiorari is denied.

                              Sincerely,

                              William K. Suter

                              William K. Suter, Clerk

                                        U.S. COURT OF APPEALS
                                        FILED
                                        JUN 0 4 2002
                                        CHARLES R. FULBRUGE III
                                                        CLERK

Brownsville